# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD LEE MCMULLEN, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-25-127-J |
| DAVID ROGERS, WARDEN, | ) |
| Respondent. | ) |

## ORDER

Petitioner, a state prisoner appearing through counsel, filed a Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda Maxfield for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On May 28, 2025, Judge Maxfield issued a Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be dismissed with prejudice as untimely. *See* [Doc. No. 6]. Petitioner was advised of his right to object to the Report and Recommendation by June 18, 2025. No objection has been filed. Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and DISMISSES Petitioner's Petition for a Writ of Habeas Corpus with prejudice as untimely. Additionally, a certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 9th day of July, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE